

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-25-00064-CV |
| KEMMIE COT MILLER, IV | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |

## <u>MEMORANDUM OPINION</u>

Kemmie Cot Miller, IV (Miller) filed a "Motion for Temporary Relief" on February 18, 2025, which we construed as a petition for writ of mandamus and a request to stay the execution of a writ of possession. Specifically, he asked this Court to (1) grant mandamus relief to direct the County Clerk of El Paso to file his appeal bond in connection with Cause No. 2024-CCV01280, which was heard in County Court at Law No. 7 of El Paso County, and (2) stay the January 24, 2025 judgment and writ of possession in the same cause, which writ was to be executed the following day, February 19, 2025.

To allow sufficient time to review the merits of the requests before us, on February 18, 2025, the Court issued a temporary administrative stay of the writ's execution pending further order of the Court.

"[M]andamus relief is appropriate only to correct a clear abuse of discretion or to compel performance of a ministerial duty, and where the relator has no adequate remedy by appeal." *In re*

*Liverman*, 658 S.W.3d 881, 883 (Tex. App.—El Paso 2022, no pet.) After reviewing the petition, response, and mandamus record, we conclude that Miller's request for mandamus relief concerning the filing of the appeal bond is moot, as the record reflects the County Clerk has filed his appeal bond in Cause No. 2024-CCV01280. We further note that Miller has filed an appeal challenging the January 24, 2025 judgment at issue in the same cause, which has been docketed in this Court as 08-25-00066-CV.

Accordingly, we deny the petition for mandamus relief and lift the administrative stay in our February 18, 2025 order.


LISA J. SOTO, Justice

March 27, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.